UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR CONSPIRING TO KNOWINGLY SPONSOR AND EXHIBIT ANIMALS IN AN ANIMAL FIGHTING VENTURE AND TO KNOWINGLY POSSESS AND TRANSPORT ANIMALS FOR AN ANIMAL FIGHTING VENTURE, AND FOR KNOWINGLY POSSESSING ANIMALS FOR AN ANIMAL FIGHTING VENTURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-86-SDD-RLB |
| | : | |
| versus | : | 18 U.S.C. § 371 |
| | : | 7 U.S.C. § 2156(a)(1) & (b) |
| ANTONIO DAMON ATKINS | : | 18 U.S.C. § 49(a) |
| | : | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

At all times relevant to this Indictment:

An "animal fighting venture" was any event, in and affecting interstate and foreign commerce, that involved a fight conducted and to be conducted between at least two animals for purposes of sport, wagering, and entertainment. 7 U.S.C. § 2156(f)(1).

**ANTONIO DAMON ATKINS**, defendant herein, resided in or near Baton Rouge, Louisiana.

**COUNT ONE**

Beginning on a date unknown to the Grand Jury, but no later than on or about June 25, 2017, and continuing until on or about October 24, 2017, in the Middle District of Louisiana and elsewhere, **ANTONIO DAMON ATKINS**, defendant herein, did knowingly and intentionally conspire with DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others, both known and unknown to the

Grand Jury, to knowingly sponsor and exhibit animals in an animal fighting venture, in violation of Title 7, United States Code, Section 2156(a)(1), and Title 18, United States Code, Section 49(a), and to knowingly possess and transport animals for purposes of having the animal participate in an animal fighting venture, in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 49(a).

## OBJECTS OF THE CONSPIRACY

The objects of the conspiracy were to sponsor and exhibit animals in an animal fighting venture and to possess and transport animals for purposes of participation in an animal fighting venture.

## MANNER AND MEANS

It was part of the conspiracy for **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to breed, possess, and transport pitbull-type dogs for participation in dogfights.

It was further part of the conspiracy for **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to develop and maintain properties to house and train pitbull-type dogs for use in dogfights and to use and store dogfighting paraphernalia.

It was further part of the conspiracy for **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to house pitbull-type dogs in and around their properties.

It was further part of the conspiracy for **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to acquire, possess, and use dogfighting paraphernalia.

It was further part of the conspiracy for **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to acquire and maintain medical and veterinary equipment and supplies, to attempt to treat dogs without the assistance and scrutiny of a veterinarian.

It was further part of the conspiracy for **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to obtain registry documents and pedigrees of fighting dogs bred and owned.

It was further part of the conspiracy for **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to arrange for other dogfighters known and unknown to the Grand Jury to sponsor and exhibit pairings of similarly weighted dogs to participate in dogfights.

It was further part of the conspiracy **ATKINS**, DOGFIGHTER-1, DOGFIGHTER-2, DOGFIGHTER-3, and others known and unknown to the Grand Jury to schedule and attend dogfights, to sponsor and exhibit dogs in dogfights, and to gamble on dogfights at a property in or near Independence, Louisiana, and elsewhere.

**OVERT ACTS**

In furtherance of the conspiracy and to accomplish its objects, **ATKINS** and others known and unknown to the Grand Jury committed and caused to be

committed the following overt acts, among others, in the Middle District of Louisiana and elsewhere:

1. On or about June 25, 2017, **ATKINS** and DOGFIGHTER-1 telephonically discussed a recent dogfight, including injuries sustained during the fight.

2. On or about July 1, 2017, **ATKINS** and DOGFIGHTER-1 telephonically discussed retrieving a dog from DOGFIGHTER-2 and transporting the dog.

3. On or about July 1, 2017, DOGFIGHTER-1 and DOGFIGHTER-2 telephonically discussed a dog that DOGFIGHTER-1 planned to sponsor and exhibit in a dogfight later that day and gambling up to $7,500. DOGFIGHTER-2 possessed the dog and stated that the dog was over the permissible weight for the planned dogfight. DOGFIGHTER-2 offered to administer "Dex," referring to dexamethasone, a substance that would cause the dog to evacuate his bowels allowing the dog to achieve the proper weight, when DOGFIGHTER-1 arrived to receive and transport the dog to the dogfight.

4. On or about July 1, 2017, DOGFIGHTER-1 and DOGFIGHTER-3 spoke telephonically, and DOGFIGHTER-1 provided DOGFIGHTER-3 with directions to a property in or near Independence, Louisiana, for the purpose of DOGFIGHTER-3 attending a dogfight at that location.

5. On or about July 1, 2017, **ATKINS** and DOGFIGHTER-1 sponsored and exhibited dogs in a dogfight held at a property in or near Independence, Louisiana, and gambled on the event, which DOGFIGHTER-3 attended.

6. On or about July 8, 2017, **ATKINS** and DOGFIGHTER-1 telephonically discussed the pedigrees and lineages of dogfighting dogs, breeding dogfighting dogs, and characteristics and performances of dogfighting dogs.

7. On or about July 22, 2017, **ATKINS** and DOGFIGHTER-1 telephonically discussed the timing of **ATKINS**'s arrival at DOGFIGHTER-1's property in or near Baton Rouge, Louisiana, in order to travel to or near Independence, Louisiana, for a dogfight.

8. On or about July 22, 2017, **ATKINS** and DOGFIGHTER-1 attended a dogfight at a property in or near Independence, Louisiana.

9. On or about July 29, 2017, **ATKINS** and DOGFIGHTER-1 telephonically discussed an upcoming dogfight and gambling on dogfights.

10. On or about August 24, 2017, DOGFIGHTER-1 possessed at a property in or near Baton Rouge, Louisiana, eight pitbull-type dogs and dogfighting paraphernalia, including dog registration papers, hypodermic needles, and two vials of canine distemper vaccine.

11. On or about August 24, 2017, DOGFIGHTER-1 possessed at a second property in or near Baton Rouge, Louisiana, five pitbull-type dogs and dogfighting paraphernalia, including: a scale, bottles of veterinary medications, syringes, a dogfighting magazine, and dog collars.

12. On or about October 24, 2017, **ATKINS** possessed at his residence in or near Baton Rouge, Louisiana, fourteen pitbull-type dogs, many of which bore scars and wounds consistent with dogfighting and several of which were juvenile, and dogfighting paraphernalia, including: veterinary medications and supplements, dog collars, heavy chains and ropes, hypodermic needles, a flirt pole, dogfighting magazines, and dog certification records in the name of **ATKINS** and others.

13. On or about October 24, 2017, DOGFIGHTER-2 possessed at his residence in or near Loranger, Louisiana, thirty-three dogs, including twenty-six pitbull-type dogs, many of which had injuries consistent with dogfighting, and dogfighting paraphernalia, including: treadmills and other devices and tools used to train and condition dogs for fighting; dog kennels; weighted dog collars; harnesses; heavy chains; veterinary medications and supplies, including dexamethasone; ledgers with weights and prices of dogs and contact information for other dogfighters; digital scales; and cellular telephones containing photographs of dogs and dogfighting paraphernalia, text messages

setting up dogfights, and contact information for **ATKINS** and other dogfighters.

14. On or about October 24, 2017, DOGFIGHTER-3 possessed at his residence in or near Baton Rouge, Louisiana, seventeen pitbull-type dogs, many of which had scars or wounds consistent with dogfighting, and dogfighting paraphernalia, including: dog breeding documents, a dogfighting magazine, dog registration documents, an IV bag containing sodium chloride solution, a bottle of deworming medication, syringes, dog collars with heavy chains, and dog treadmills used to train and condition dogs for fighting.

The above is a violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH FIFTEEN

On or about October 24, 2017, in the Middle District of Louisiana, **ANTONIO DAMON ATKINS**, defendant herein, did knowingly possess animals for purposes of having the animals participate in an animal fighting venture, including the dogs listed below:

| COUNT | ANIMAL IDENTIFICATION/DESCRIPTION |
|---|---|
| 2 | USM001, red female pitbull-type dog |
| 3 | USM002, red female pitbull-type dog |
| 4 | USM003, red female pitbull-type dog |
| 5 | USM004, tan female pitbull-type dog |
| 6 | USM005, red male pitbull-type dog |

| COUNT | ANIMAL IDENTIFICATION/DESCRIPTION |
|---|---|
| 7 | USM006, grey male pitbull-type dog |
| 8 | USM007, red/white female pitbull-type dog |
| 9 | USM008, black/white male pitbull-type dog |
| 10 | USM009, black male pitbull-type dog |
| 11 | USM010, red female pitbull-type dog |
| 12 | USM011, tan female pitbull-type dog |
| 13 | USM012, red male pitbull-type dog |
| 14 | USM014, red female pitbull-type dog |
| 15 | USM015, red male pitbull-type dog |

//

//

//

//

//

//

//

//

//

//

//

//

Each of the above is in violation of Title 7, United States Code, Section 2156(b), and Title 18, United States Code, Sections 49(a) and 2.

UNITED STATES OF AMERICA, by

*[signature: Jenna M. Petter for]*
TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENTAL AND NATURAL
RESOURCES DIVISION

*[signature: Matthew D. Evans]*
MATTHEW D. EVANS
TRIAL ATTORNEY
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

*[signature: Ronald C. Gathe]*
RONALD G. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature: Lyman E. Thornton]*
LYMAN THORNTON
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**
GRAND JURY FOREPERSON

10/06/2022
DATE

10-06-2022
DATE