United States District Court
Louisiana Middle District
Exhibits Log: 22cr00086-SDD-RLB Motion Hearing
USA v. Atkins Motion Hearing, 5/23/2023

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-101 | Wiretap Call 1 - FBI-0000022 | No |
| Gov-102 | Wiretap Call 2 - FBI-0000023 | No |
| Gov-103 | Wiretap Call 3 - FBI-0000024 | No |
| Gov-104 | Wiretap Call 4 - FBI-0000060 | No |
| Gov-105 | Wiretap Call 5 - FBI-0000061 | No |
| Gov-106 | Wiretap Call 6 - FBI-0000062 | No |
| Gov-107 | Wiretap Call 7 - FBI-0000045 | No |
| Gov-108 | Wiretap Call 8 - FBI-0000063 | No |
| Gov-109 | Wiretap Call 9 - FBI-0000027 | No |
| Gov-110 | Wiretap Call 10 - FBI-0000046 | No |
| Gov-111 | Wiretap Call 11 - FBI-0000047 | No |
| Gov-112 | Wiretap Call 12 - FBI-0000048 | No |
| Gov-113 | Wiretap Call 13 - FBI-0000049 | No |
| Gov-114 | Wiretap Call 14 - FBI-0000027 | No |
| Gov-115 | Wiretap Call 15 - FBI-0000028 | No |
| Gov-116 | Wiretap Call 16 - FBI-0000029 | No |
| Gov-117 | Wiretap Call 17 - FBI-0000030 | No |
| Gov-118 | Wiretap Call 18 - FBI-0000031 | No |
| Gov-119 | Wiretap Call 19 - FBI-0000032 | No |
| Gov-120 | Wiretap Call 20 - FBI-0000033 | No |
| Gov-121 | Wiretap Call 21 - FBI-0000054 | No |
| Gov-122 | Wiretap Call 22 - FBI-0000035 | No |
| Gov-123 | Wiretap Call 23 - FBI-0000037 | No |
| Gov-124 | Wiretap Call 24 - FBI-0000042 | No |
| Gov-125 | Wiretap Call 25 - FBI-0000034 | No |
| Gov-126 | Wiretap Call 26 - FBI-0000043 | No |
| Gov-127 | Wiretap Call 27 - FBI-0000044 | No |
| Gov-128 | Wiretap Call 28 - FBI-0000059 | No |
| Gov-129 | Wiretap Call 29 - FBI-0000051 | No |
| Gov-201 | Prison Call 1 - 4-11-2022 -1201- CORNISH-0001181 | No |
| Gov-202 | Prison Call 2 - 4-11-2022 -1226- CORNISH-0001183 | No |
| Gov-203 | Prison Call 3 - 4-11-2022 -130- CORNISH-0001185 | No |
| Gov-204 | Prison Call 4 - 4-11-2022 -148- CORNISH-0001187 | No |
| Gov-205 | Prison Call 5 - 5-1-2022 -838- CORNISH-0001209 | No |
| Gov-206 | Prison Call 6 - 6-2-2022-751-CORNISH-0001213 | No |
| Gov-207 | Phone Call 7 CORNISH-0001968 | No |
| Gov-208 | Prison Call 8 - 4-11-2022 - 651 CORNISH-0001416 | No |
| Gov-209 | Prison Call 9 - 4-14-2022 - 852 -CORNISH-0001203 | No |
| Gov-210 | Prison Call 10 - 4-14-2022-908 CORNISH-0001205 | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-211 | Prison Call 11 - 4-24-2022 708 CORNISH-0001207 | No |
| Gov-212 | Phone call 12 | No |
| Gov-213 | Prison Call 13 - 5-23-2022-828-CORNISH-0001211 | No |
| Gov-214 | Prison Call 14 - 6-10-2022 - 916 CORNISH-0001217 | No |
| Gov-215 | Phone call 15 | No |
| Gov-216 | Phone call 16 | No |
| Gov-217 | Phone call 17 | No |
| Gov-218 | Phone Call 18 CORNISH | No |
| Gov-219 | Prison Call 19 - 7-11-2022-825-CORNISH-0001219 | No |
| Gov-220 | Prison Call 20 - 7-21-2022 - 929 CORNISH-0001221 | No |
| Gov-221 | Prison Call 21 - 8-9-2022-539 CORNISH-0001223 | No |
| Gov-222 | Prison Call 22 - 4-11-202- 448 CORNISH-0001189 | No |
| Gov-223 | Prison Call 23 - 4-12-2022 -1138 CORNISH-0001191 | No |
| Gov-224 | Phone call 24 | No |
| Gov-225 | Prison Call 25 - 4-12-2022-1230 CORNISH-0001193 | No |
| Gov-226 | Phone call 26 | No |
| Gov-227 | Prison Call 27 - 4-12-2022-208-CORNISH-0001195 | No |
| Gov-228 | Prison Call 28 - 4-12-2022-215-CORNISH-0001199 | No |
| Gov-229 | Prison Call 29 - 4-12-2022-233-CORNISH-0001197 | No |
| Gov-230 | Phone call 30 | No |
| Gov-231 | Prison Call 31 - 4-12-2022 - 309 -CORNISH-0001201 | No |
| Gov-232 | Phone Call 32 CORNISH | No |
| Gov-233 | Prison Call 33 - 6-9-2022 - 215 CORNISH-0001215 | No |