UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
JULY 13, 2023
CHIEF DISTRICT JUDGE SHELLY D. DICK

UNITED STATES OF AMERICA

VERSUS

ANTONIO DAMON ATKINS

CRIMINAL ACTION

NO. 22-86-SDD-RLB

This matter came on this day for *Re-Arraignment*.

PRESENT:  **Lyman E. Thornton, III, Esq.**
**Jeremy Shane Johnson, Esq.**
**Matthew D. Evans, Esq.**
Counsel for the Government

**Rusty M. Messer, Esq.**
**Aimee Elizabeth Kaloyares, Esq.**
Counsel for Defendant

Courtroom Deputy calls the case.

Counsel make appearances.

Defendant is sworn and questioned by the Court.

Court explains the charges in the *Indictment* and consequences for pleading guilty.

Plea agreement is authenticated and ordered filed into the record.

Factual Basis is read into the record and Defendant stipulates to the facts as read.

Court explains Sentencing.

The Defendant enters a plea of guilty to Counts One, and Three of the *Indictment,* and the Court finds the plea to be knowing, voluntary, and intelligent and finds a factual basis for the plea and conviction.  The Court also finds that the Defendant is satisfied with

his representation and that he has received effective assistance of counsel.

The Court accepts the guilty plea, defers acceptance of the *Plea Agreement,* and refers this matter to the United States Probation Office to begin preparation of a *Presentence Investigation Report*.

Defendant is released on the conditions previously set by the Magistrate Judge.

\* \* \* \* \*

Shannon Thompson/Reporter
cr9/45 mins.